# IN THE SUPREME COURT OF THE STATE OF NEVADA

ATENIA GLICEIDA DEL CARMEN RUIZ,
                    Appellant,
vs.
ANDREW ZUREK,
                    Respondent.

No. 82482

FILED

AUG 27 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for attorney fees. Eighth Judicial District Court, Family Court Division, Clark County; Denise L. Gentile, Judge.

This appeal was docketed in this court on February 17, 2021. On March 2, 2021, this court issued a notice informing appellant of the deadlines for filing documents. Appellant failed to file the docketing statement or an opening brief. On July 16, 2021, this court entered an order directing appellant to file, within 14 days, the docketing statement pursuant to NRAP 14 and either an opening brief that complies with NRAP 28 and NRAP 32, or the informal brief form for pro se parties provided by the clerk of this court. Pursuant to that order the documents were due to be filed by July 30, 2021. This court cautioned appellant that failure to timely file the documents could result in the dismissal of the appeal. NRAP 14(c); NRAP 31(d). To date appellant has failed to file the documents or otherwise

21-24986

communicate with this court. Accordingly, as it appears that appellant has abandoned this appeal, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:   Hon. Denise L. Gentile, District Judge, Family Court Division
      Atenia Gliceida Del Carmen Ruiz
      Jacobson Law Office, Ltd.
      Eighth District Court Clerk